RONALD K. ALBERTS (SBN: 100017)
GORDON & REES LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
ralberts@gordonrees.com

Attorneys for Defendant AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA CARSTENS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AETNA LIFE INSURANCE COMPANY, THE UNITED STATES SHOE CORPORATION, and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. C 07 1662 TEH<br><br>**STIPULATION EXTENDING THE TIME OF DEFENDANT AETNA LIFE INSURANCE COMPANY TO ANSWER TO COMPLAINT** |

TO THE COURT:

The parties hereto, Plaintiff Melinda Carstens and Defendant Aetna Life Insurance Company ("Aetna"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Aetna's response to Plaintiff's Complaint is due to be filed on or before March 29, 2007;

WHEREAS Plaintiff's counsel agrees to permit Aetna to file and serve its answer to Plaintiff's Complaint on or before April 6, 2007.

WHEREAS Plaintiff's consent to additional time for Aetna to answer shall not be deemed to be consent to the propriety of Aetna's removal, or consent to

1  federal jurisdiction and Aetna agrees not to rely upon Plaintiff's consent to
2  additional time to advance any argument that Plaintiff has consented to federal
3  jurisdiction or to the propriety of Aetna's removal.
4       IT IS SO STIPULATED:

6  DATED: March 29, 2007                    LEWIS, FEINBERG, LEE, RENAKER & JACKSON

8                                           By: /S/_____
9                                              Cassie Springer-Sullivan
                                               Attorneys for Plaintiff
10                                             MELINDA CARSTENS

12 DATED: March 29, 2007                    GORDON & REES

13                                          By: /S/_____
14                                             Ronald K. Alberts
                                               Attorneys for Defendant
15                                          AETNA LIFE INSURANCE COMPANY

IT IS SO ORDERED

Judge Thelton E. Henderson

04/02/07

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

-2-
STIPULATION EXTENDING THE TIME OF DEFENDANT AETNA LIFE INSURANCE COMPANY TO ANSWER TO COMPLAINT