| | |
|---|---|
| 1 | FOLGER LEVIN & KAHN LLP |
| 2 | Jiyun Cameron Lee (SB# 161667, jlee@flk.com)<br>Embarcadero Center West |
| 3 | 275 Battery Street, 23rd Floor<br>San Francisco, CA  94111 |
| 4 | Telephone: (415) 986-2800<br>Facsimile: (415) 986-2827 |
| 5 | Attorneys for Defendant |
| 6 | The United Shoe Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA CARSTENS, | Case No. C 07 1662 TEH |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR THE UNITED STATES SHOE CORPORATION TO FILE RESPONSIVE PLEADING TO COMPLAINT** |
| v. | |
| AETNA LIFE INSURANCE COMPANY, THE UNITED STATES SHOE CORPORATION, and DOES 1-10, inclusive, | |
| Defendants. | |

　　　　Plaintiff Melinda Carstens and Defendant The United States Shoe Corporation ("US Shoe") hereby stipulate, by and through their respective counsel of record, as follows:

　　　　WHEREAS, US Shoe's response to Plaintiff's Complaint is due to be filed on or before April 24, 2007;

　　　　WHEREAS, Plaintiff's counsel agrees to permit US Shoe to file and serve its answer to Plaintiff's Complaint on or before May 15, 2007;

　　　　WHEREAS, Plaintiff's consent to additional time for US Shoe to answer shall not be deemed to be consent to the propriety of US Shoe's removal or consent to federal jurisdiction, and US Shoe agrees not to rely upon Plaintiff's consent to additional time to advance any argument that Plaintiff has consented to federal jurisdiction or to the propriety of US Shoe's

1  removal.

2  This is the first extension of time granted to Defendant by Plaintiff.  Defendant was first
3  served in this action on April 4, 2007.

4  Dated: April 24, 2007  LEWIS, FEINBERG,
                            RENAKER & JACKSON, P.C.

_____/s/_____
Cassie Springer-Sullivan
Attorneys for Plaintiff
Melinda Carstens

Dated: April 24, 2007  FOLGER LEVIN & KAHN LLP

_____/s/_____
Jiyun Cameron Lee
Attorneys for Defendant
The United States Shoe Corporation

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 25, 2007

_____
The Honorable Thelton E. Henderson

92014\5002\544995.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-   STIPULATION FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING; CASE NO. C 07 1662 TEH