Cassie Springer-Sullivan – CA State Bar No. 221506
Teresa Renaker– CA State Bar No. 187800
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: cssullivan@lewisfeinberg.com
       trenaker@lewisfeinberg.com

Attorneys for Plaintiff


Ronald K. Alberts – CA State Bar No. 100017
GORDON & REES LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
Aetna Life Insurance Company


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA CARSTENS, ) | |
| ) | |
| Plaintiff, ) | Case No. C07 1662 TEH |
| ) | |
| vs. ) | **STIPULATION TO FILE FIRST AMENDED COMPLAINT** |
| ) | |
| AETNA LIFE INSURANCE COMPANY, ) THE UNITED STATES SHOE ) CORPORATION, and DOES 1-10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

1. WHEREAS Plaintiff filed this action in Superior Court for the State of California for the County of Contra Costa on February 7, 2007 alleging breach of contract claims under a disability plan that Plaintiff claimed was not governed by ERISA; and

2. WHEREAS Defendant Aetna Life Insurance Company ("Aetna") filed its Notice of Removal on March 22, 2007 on the basis of ERISA preemption and original jurisdiction under 29 U.S.C. § 1132(e)(1); and

STIPULATION TO FILE FIRST AMENDED COMPLAINT – CASE NO. C07 1662 TEH          Page 1

3. WHEREAS on April 5, 2007, Defendant Aetna filed its Answer to Complaint; and

4. WHEREAS on April 25, 2007, pursuant to Stipulation, the Court ordered that Defendant The United States Shoe Corporation would have until May 15, 2007 to file its responsive pleading; and

5. WHEREAS to date, Defendant The United States Shoe Corporation has not filed a responsive pleading; and

6. WHEREAS on April 26, 2007, counsel for Defendant The United States Shoe Corporation provided Plaintiff's counsel with the Declaration of Gregory J. Muntel demonstrating that The United States Shoe Corporation Long-Term Benefits Disability Plan is, in fact, a plan governed by ERISA; and

7. WHEREAS Plaintiff intends to file a First Amended Complaint asserting a claim for long-term disability benefits pursuant to ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B), against The United States Shoe Corporation Long-Term Benefits Disability Plan, and amending out Aetna as a defendant pursuant to *Ford v. MCI Communications Corp. Health & Welfare Plan*, 399 F.3d 1076 (9th Cir. 2005);

8. NOW, THEREFORE, pursuant to Fed. R. Civ. P. 15(a) permitting amendment of a pleading by written consent of the adverse party, Plaintiff and Defendant Aetna, by and through their counsel of record, hereby stipulate that Plaintiff may file a First Amended Complaint.

Dated: May 10, 2007

Respectfully submitted,

LEWIS, FEINBERG, LEE
RENAKER & JACKSON P.C.

By:   /s/
Cassie Springer-Sullivan
Attorneys for Plaintiff

GORDON & REES LLP

Dated: May 10, 2007

By:
Attorneys for Defendant
Aetna Life Insurance Company

IT IS SO ORDERED
Judge Thelton E. Henderson
05/15/07