1  FOLGER LEVIN & KAHN LLP
   Jiyun Cameron Lee (SB# 161667, jlee@flk.com)
2  Embarcadero Center West
   275 Battery Street, 23rd Floor
3  San Francisco, CA  94111
   Telephone: (415) 986-2800
4  Facsimile: (415) 986-2827

5  Attorneys for Defendant
   The United States Shoe
6  Long Term Disability Plan

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | MELINDA CARSTENS,                    | Case No. C 07 1662 TEH
12 |        Plaintiff,                    | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING AND EXTENDING CASE MANAGEMENT DATES**
13 |        v.                            |
14 | THE UNITED STATES SHOE CORPORATION LONG-TERM BENEFITS DISABILITY PLAN , |
15 |                                      |
16 |        Defendants.                   |

17

18

19

20        Plaintiff Melinda Carstens and Defendant The United States Shoe Corporation Long-Term

21 Benefits Disability Plan hereby stipulate, by and through their respective counsel, as follows:

22        1.      Defendant may have up to and including June 11, 2007, to answer or otherwise

23 respond to Plaintiff's Complaint.

24        2.      This is the first extension of time granted to Defendant by Plaintiff.  Defendant

25 was first served in this action on May 15, 2007.

26        3.      Defendant advised Plaintiff that it intends on filing a Motion to Dismiss to be

27 heard on July 16, 2007.  Based on Defendant's intention to file such a motion, the parties hereby

28 agree to the following stipulation extending the case management deadlines:

| Current Date | New Date | Event |
|---|---|---|
| June 4 | July 23 | Meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan; Last day to file Joint ADR Cert with a Stipulation to ADR Process or Notice of Need for ADR |
| June 18 | August 6 | File 26(f) report; complete int. disclosures or state objection; file Case Management Statement |
| June 25 | August 13 | Case Management Conference at 1:30 p.m. |

4.  Pursuant to General Order No. 45, Jiyun Cameron Lee, the filer of this document, attests that concurrence in the filing of the document has been obtained from Teresa Renaker, attorney for plaintiff Melinda Carstens.

Dated: June 4, 2007

LEWIS, FEINBERG,
RENAKER & JACKSON, P.C.

_____/s/_____
Teresa Renaker
Attorneys for Plaintiff
Melinda Carstens

Dated: June 4, 2007

FOLGER LEVIN & KAHN LLP

_____/s/_____
Jiyun Cameron Lee
Attorneys for Defendant
The United States Shoe Long Term Disability Plan

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED, except that the next CMC shall be on on 08/20/07 at 1:30 PM, rather than August 13.
Dated: June  5 , 2007

_____
The Honorable Thelton E. Henderson

92014\5002\551311.1

STIPULATION EXTENDING TIME TO FILE
RESPONSIVE PLEADING AND CASE MANAGEMENT
DEADLINES; CASE NO. C 07 1662 TEH