FOLGER LEVIN & KAHN LLP
Jiyun Cameron Lee (SB# 161667, jlee@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

FOLGER LEVIN & KAHN LLP
Stefani Delli Quadri (CSB No. 244901, sdelliquadri@flk.com)
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA  90067
Telephone: (310) 556-3700
Facsimile: (310) 556-3770

Attorneys for Defendant
The United States Shoe
Long Term Disability Benefits Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA CARSTENS,<br><br>            Plaintiff,<br><br>    v.<br><br>THE UNITED STATES SHOE CORPORATION LONG-TERM DISABILITY BENEFITS PLAN ,<br><br>            Defendant. | Case No. C 07 1662 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS AND EXTENDING CASE MANAGEMENT DATES** |

## STIPULATION

Plaintiff Melinda Carstens and Defendant The United States Shoe Corporation Long-Term Benefits Disability Plan hereby stipulate, by and through their respective counsel, as follows:

1. Defendant's Motion to Dismiss was scheduled for hearing on Monday, July 23, 2007.  By Clerk's Notice Rescheduling Hearing dated July 16, 2007, the hearing date was rescheduled for Monday, August 13, 2007.

2. Defendant has notified Plaintiff that Defendant's counsel is not available for hearing on August 13, 2007. The parties thus agree to having the motion be heard on Monday, **August 20, 2007**.

3. Based on the delay in the hearing date on Defendant's Motion, the parties further stipulate to the following extensions of the case management deadlines:

| Current Date | New Date | Event |
| --- | --- | --- |
| August 6 | September 3 | File 26(f) report; complete int. disclosures or state objection; file Case Management Statement |
| August 13 | September 17 | Case Management Conference at 1:30 p.m. |

4. Pursuant to General Order No. 45, Jiyun Cameron Lee, the filer of this document, attests that concurrence in the filing of the document has been obtained from Cassie Springer-Sullivan, attorney for plaintiff Melinda Carstens.

Dated: July 23, 2007

LEWIS, FEINBERG,
RENAKER & JACKSON, P.C.

/s/
Cassie Springer-Sullivan
Attorneys for Plaintiff
Melinda Carstens

Dated: July 23, 2007

FOLGER LEVIN & KAHN LLP

/s/
Jiyun Cameron Lee
Attorneys for Defendant
The United States Shoe Long Term Disability Plan

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: ~~June~~ 07/25/07 ~~2007~~

The Honorable Thelton E. Henderson
Judge Thelton E. Henderson

92014\5002\559056.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

STIPULATION AND [PROPOSED] ORDER RE:
HEARING DATE AND EXTENDING CASE
MANAGEMENT DATES; CASE NO. C 07 1662 TEH