Teresa S. Renaker – CA State Bar No. 187800
Cassie Springer-Sullivan – CA State Bar No. 221506
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA CARSTENS, <br><br> Plaintiff, <br><br> vs. <br><br> THE UNITED STATES SHOE CORPORATION LONG-TERM BENEFITS DISABILITY PLAN, <br><br> Defendant. | Case No. 07-1662 (TEH) <br><br> STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

//
//
//
//
//
//
//
//
//

Plaintiff MELINDA CARSTENS and Defendant THE UNITED STATES SHOE CORPORATION LONG-TERM BENEFITS DISABILITY PLAN, by and through their respective counsel of record, hereby stipulate that this matter be dismissed with prejudice, each party to bear its own costs of suit and attorneys' fees.

Dated: ~~March~~ April 1, 2008

Respectfully submitted,

LEWIS, FEINBERG,
RENAKER & JACKSON, P.C.

By: _____
Cassie Springer-Sullivan
Attorneys for Plaintiff

Dated: ~~March~~ April 1, 2008

FOLGER LEVIN & KAHN LLP

By _____
Jiyun Cameron Lee
Attorneys for Defendant

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 04/02, 2008

_____
Hon. Thelton E. Henderson
Senior United States District Judge
Northern District of California

[S:\Cases\Carstens, M 0645 Lit\Pleadings\stipulated Dismissal with Prejudice.wpd]